# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2787

_____

Dennis Hutchinson

*Plaintiff - Appellant*

v.

Tim Lowery, Manager/Supervisor, Wrightsville Unit; Kieth Waters, Final
Assembly Supervisor, Wrightsville Unit; Larry Raper, Assembly Supervisor,
Wrightsville Unit

*Defendants*

Cymber Nicole Sievers, Nurse, Wrightsville Infirmary (Originally named as
Tinkle); Melanie Jones, Doctor, Wrightsville Infirmary (originally named as Foster-Jones)

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: June 26, 2020
Filed: July 1, 2020
[Unpublished]

_____

Before GRASZ, BEAM, and KOBES, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate Dennis Hutchinson appeals following the district court's[1] grant of summary judgment to defendant nurse Cymber Nicole Sievers.[2] Viewing the record in a light most favorable to Hutchinson, and drawing all reasonable inferences in his favor, we agree with the district court that nurse Sievers was entitled to summary judgment. See Murchison v. Rogers, 779 F.3d 882, 886-87 (8th Cir. 2015) (de novo review); Nelson v. Shuffman, 603 F.3d 439, 449 (8th Cir. 2010) (inmate's mere disagreement over matters of professional judgment or course of treatment does not rise to level of constitutional violation). The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

[2]Hutchinson originally raised claims against other defendants that he voluntarily dismissed below; and claims against Dr. Melanie Jones that were dismissed for failure to exhaust. We do not consider these claims, as Hutchinson has not addressed the basis for the dismissals. See Hess v. Ables, 714 F.3d 1048, 1051 n.2 (8th Cir. 2013) (claim is waived where appellant does not brief this court why dismissal of claim was improper).